# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 96-11412
Summary Calendar

SONDRA L. COLLINS,

Plaintiff-Appellant,

versus

ASMARA LIMITED PARTNERSHIP;
NHP FOUNDATION,

Defendants-Appellees.

Appeal from the United States District Court
For the Northern District of Texas
(3:95-CV-1520-G)

February 18, 1997

Before POLITZ, Chief Judge, WIENER and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Sondra L. Collins appeals an adverse summary judgment in her Fair Housing

Act, 42 U.S.C. § 3604(d), action against Asmara Limited Partnership and NHP

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

Foundation, owner-operator of Wellington Place Apartments, Dallas, Texas.  Our review of the record and briefs of the parties persuades that the district court did not err in its entry of judgment, and on the basis of the facts detailed, authorities cited, and analysis made by the district court in its comprehensive Memorandum Order rendered and filed on October 11, 1996, we AFFIRM.